UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DONALD JAMES WILSON                                              PETITIONER

VS.                                          CIVIL ACTION NO. 5:13cv248-DPJ-FKB

STATE OF MISSISSIPPI and
RONALD KING                                                     RESPONDENTS

ORDER OF DISMISSAL

This habeas petition filed under 28 U.S.C. § 2254 is before the Court upon the Report and

Recommendation [19] of United States Magistrate Judge F. Keith Ball.  On February 1, 2016,

after considering the Petition [1] and the competent record evidence, Judge Ball recommended

that habeas relief be denied and the Petition be dismissed with prejudice.  Wilson was directed to

file any objections to the Report and Recommendation within fourteen (14) days of being served

with a copy.  To date, Wilson has not filed any objections.  The Court, now having fully

reviewed the unopposed Report and Recommendation of the United States Magistrate Judge

entered in this cause, and being duly advised in the premises, finds that said Report and

Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States

Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court.

The Petition is dismissed with prejudice.

A separate judgment will be entered as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 26th day of February, 2016.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE